UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE T.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:23-cv-84

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE CAROLINE H. GENTRY (Doc. No. 11); (2) REVERSING THE COMMISSIONER'S NON-DISABILITY FINDING; (3) MAKING NO FINDING AS TO WHETHER PLAINTIFF WAS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; (4) REMANDING THIS MATTER TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THIS DECISION AND ORDER; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

      This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Caroline H. Gentry (doc. no. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Gentry recommended that the ALJ's non-disability finding be reversed. No objections to the Report and Recommendation have been filed. As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered all filings in this matter.

      Upon careful consideration of the foregoing, the Court determines that the Report and Recommendation sets forth the applicable law and is well reasoned. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) the Commissioner's non-disability finding is **REVERSED**; (3) no finding is made as to whether Plaintiff was under a

1

"disability" within the meaning of the Social Security Act; (4) this matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Order; and (5) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

March 7, 2024                                        s/*Michael J. Newman*
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge